MAYME WATKINS, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 36885.)

Present
— Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.